E-FILED
Monday, 27 March, 2017  02:12:31 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Ralph Kings (Vincent Hudson)          )
_____               )
**Plaintiff**                         )
                                      )
                                      )
**vs.**                               ) Case No. _____
                                      )
Mc Cormick, et al.                    )
_____               )
_____               )
_____               )
_____               )
                                      )
**Defendant(s)**                      )

SCANNED at PCC and E-Mailed
3.27/17 (date) by ___ (initials)
____ (# of pages)

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

_____
—

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Ralph Kings (Vincent Hudson) , and states as follows:

My current address is: Pontiac Correctional Center , P.O. Box 99
Pontiac , IL. 61764

The defendant Mc Cormick , is employed as Mental Health Professional (M.H.P.) At all times relevant at Pontiac Correctional Center (P.C.C.)

The defendant M. Hinton , is employed as M.H.P. At all times relevant at Stateville Correctional Center

①

The defendant __Dr. Morano__, is employed as __M.H.P.__
__At all times relevant__ at __P.C.C.__

The defendant __B. Thomas__, is employed as __M.H.P.__
__At all times relevant__ at __P.C.C.__

The defendant __K. Renzi__, is employed as __M.H.P.__  (revised 9/96)
__At all times relevant__ at __P.C.C.__

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes     ☐     No  ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes     ☒     No  ☐

C. If your answer to B is yes, how many? __4__   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:
   Plaintiff(s) ___Ralon Kings___
   Defendant(s) ___Marmol, et al.___

2. Court (if federal court, give name of district; if state court, give name of county)

The Defendant __W. Alley__, is employed as __M.H.P__
At all times relevant ____ at __P.C.C__

The Defendant __S. Molinero__, is employed as __M.H.P__
At all times relevant ____ at __P.C.C__

The Defendant __L. Duckworth__, is employed as __M.H.P__
At all times relevant at __P.C.C.__

The Defendant __K. Haag__, is employed as __MHP__
At all times relevant at __P.C.C.__

The Defendant __T. Nelson__, is employed As __M.H.P.__
At all times relevant at __P.C.C.__

The Defendant __R. Pfister__, is employed as __Chief Administrative Officer__
At all times relevant at __P.C.C__

The Defendant __S. Simpson__, is employed As __Grievance Officer__
At all times relevant at __P.C.C.__

The Defendant __J. Simmons__, is employed As __Correctional Counselor__
At all times relevant at __P.C.C.__

The Defendant __T. Bauler__, is employed as __Correctional Counselor__
At all times relevant at __P.C.C__

The Defendant __L. Tucker__, is employed As __Temporary Correctional__
Counselor at all times relevant at __P.C.C__

The Defendant __S. Prentice__, is employed as __Major__
At all times relevant at __P.C.C.__

The Defendant __A. Corley__, is employed as __Temporary Lieutenant__
At all time relevant at __P.C.C.__

The Defendant __G. Tandman__, is employed As __Temporary Lieutenant__
At all time relevant at __P.C.C__

The Defendant __W. Lee__, is employed as __Correctional Officer__
At all times relevant at __P.C.C.__

The Defendant __R. Miester__, is employed as __Sergeant__
At all times relevant at __P.C.C.__

The Defendant __M. Sellers__, is employed As __Correctional Officer__
At all times relevant at __P.C.C.__

The Defendant __M. Melvin__, is employed as __Chief Administrative Officer__
At all times relevant at __P.C.C.__

Northern District of Illinois

3. **Docket Number/Judge**

09-c-5864 / NA

4. **Basic claim made**

Eighth Amendment Violation

5. **Disposition (That is, how did the case end.  Was the case dismissed?  Was it appealed?  Is it still pending?)**

Case Dismissed

6. **Approximate date of filing of lawsuit**

NA

7. **Approximate date of disposition**

NA

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Is there a grievance procedure available at your institution?   Yes  ☒   No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☒

No  ☐   If your answer is no, explain why not

_____

_____

_____

C.  Is the grievance process completed?   Yes  ☒   No  ☐

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS
OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE
ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS
RELATING TO YOUR GRIEVANCE.*

LITIGATION   HISTORY   (continued)

C. #2

1. Ralph Kings v. Zureala, et al.
2. Northern District of Illinois
3. 10-c-0499 / NA
4. Eighth Amendment Violation
5. CASE Dismissed
6. NA
7. NA

#3
1. Ralph Kings v. Smith
2. Central District of Illinois
3. 09-cv-2227 / NA
4. Eighth Amendment Violation
5. CASE Dismissed
6. NA
7. NA.

#4
1. Ralph Kings v. Blackard, et. Al.,
2. Central District of Illinois
3. 14-cv-1385 / Sara Darrow
4. Eighth Amendment Violation
5. Still Pending
6. NA
7. NA

## STATEMENT OF CLAIM

Place of the occurrence ___Pontiac Correctional Center___

Date of the occurrence ___January 2015 through 6/7/16 and 10/25/16 - present___

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

PARTIES

1) Plaintiff, Ralph King (Vincent Hudson), was incarcerated at Pontiac Correctional Center (P.C.C.) during the events described in this complaint.

2) Defendants, (Def) McCormick, Hinton, Morano, Thomas, Benzi, Alley, Molinero, Duckworth, Haag and Nelson at all times relevant were Mental Health Professionals (M.H.P.) who plaintiff had direct involvement with and at some point showed deliberate indifference to and/or failed to treat plaintiff's serious mental illness at P.C.C. They are sue in their individual and official capacity.

3) Def. R. Pfister and Melvin at all times relevant were the Chief Administrative Officer (C.A.O.) employed at P.C.C. They are sued in his individual capacity.

4) Def. S. Simpson at all times relevant was the Grievance Officer (G.O.) employed at P.C.C. She is sued in her individual capacity.

5) Def. Simmons, Bayler and Tucker at all relevant times were Correctional Counselors employed at P.C.C. They are sued in their individual capacity.

6) Def. S. Prentice at all times relevant was the Major, head of administration, in North Cell House (N.C.H.) segregation unit at P.C.C. She is sued in her individual and official capacity.

7) Def. Corley and Tanaman at all times relevant were Lieutenants (Lt.), supervisors, of N.C.H. seg. at P.C.C. They are sued in their individual and official capacity.

8) Def. R. Miester at all times relevant was Sergeant (Sgt.), supervisors, of N.C.H. seg. at P.C.C. He is sued in his individual and official capacity.

9) Def. Lee and Sellers at all times relevant were Correctional Officers (C.O.) assigned to 1 gallery N.C.H. seg. at P.C.C. They are sued in their individual and official capacity.

10) All Def. have acted, and continued to act, under color of state law at all times relevant to this complaint.

FACTUAL STATEMENT

11) Plaintiff was transferred to P.C.C. from Menard Correctional Center (M.C.C.), seg. to seg.



diagnosed as being seriously mentally ill, in January 2015. Upon arriving at P.C.C, plaintiff repeatedly made request to see someone about fixing his psychotropic medication, which he'd been receiving for the past 6 years. Plaintiff requests was ignored for 3 months.

12) April 7th, 2015, I met with Def. McCormick to discuss my psychotropic medication and receive help fixing them. That was the most uncomfortable session I ever had alone in a room with Def. McCormick. I was so creeped-out I filed an emergency grievance afterwards and sent it to Def. Pfister.

13) Inside this emergency grievance, I grieved how Def. McCormick made me feel uncomfortable with his subjective looks and remarks, that led me to believe he's trying to force me into participating in a homosexual activity with him. And I asked for Def. McCormick to be investigated and disciplined for trying to use his practice to force me into homosexual activity.

14) April 22nd, 2015, Def. Pfister determined me grievance to be non-emergency, without properly investigating or reporting my grievance, and sent it to Def. Simpson.

15) April 23rd, 2015, Def. Simpson sent my grievance back to me with a memorandum attached, reclassifying it as a "Medical" topic and "Mental Health" issue, informing me to contact my counselor per AR 504 grievance. Not only did Def. Simpson not properly investigate or report my grievance, Def. Simpson ignored and downplayed my actual issue.

16) I did as Def. Simpson instructed and sent my grievance to Def. Simmons. May 1st, 2015 Def. Simmons responded to my grievance directing me to forward it to Def. Simpson, because it's a medical issue. Def. Simmons didn't even properly investigate or report my issue.

17) Even though Def. Pfister had already sent my grievance to Simpson, and Simpson ordered me to send my grievance to Simmons and I felt that instead of helping me everyone was just giving me the run around, I still followed Simmons directions and sent my grievance back to Simpson.

18) After I sent Def. Simpson my grievance, I never received a response. None of the Def. followed proper procedure when receiving and handling my grievance. The Prison Rape Elimination Act (PREA) was suppose to have been activated. My grievance was only passed through and along as a formality until it was finally discarded. Which is what allowed the following to happen.

19) June 17th, 2015, I was handcuffed and escorted to an empty back room, in West Cell House, under the guise that someone wanted to talk to me. The escorting officer ordered me to sit on a stool and locked my handcuffs to a chain bolted to the stool/ground, before leaving me in that empty room, alone.

20) Def. McCormick then walked into the room smiling. Feeling uncomfortable, I asked him to get the officer. He asked me why. Scared he might not get him if I told the truth, I told him my handcuffs was too tight. But McCormick only responded that I'll be alright.

21) Def. McCormick sat on the edge of the desk directly in front of me, a couple feet away. He started talking about me making people mad, writing grievances, and me being finger-printed for a new case. I informed him that I don't want to talk about anything except my medication.

(7)

32) That's when Def. McCormick smacked me across my face and told me he's the boss and in-control and I don't have no say so or help and he would do whatever he want with me. I was so shocked and stunned my body went into a paralyzed/comatosed state.

33) Def. McCormick opened my jumpsuit at the crotch area and pulled my dick out. He began to stroke my dick with his hand. Then he put my dick inside his mouth and started sucking it.

34) My voice initially came out hoarsed telling him, "No, stop". Def. McCormick kept sucking. My voice started getting loud as I kept saying, "Stop", and "C.O. help".

35) Def. McCormick took his mouth off my dick and told me to "Be Quiet", with a scared look on his face. I said "No", and "C.O. help". He closed my jumpsuit, hurried out and turned off the light. And I continued to call for a C.O.

36) C.O. Rodrick came asking what was I doing back there with the light off. I was so disoriented, confused on who to trust, and didn't even know how to tell him I'd just been raped that I didn't say anything to him hoping to just hurry up back to the safety of my cell.

37) C.O. Rodrick escorted me back to my cell. I felt so mentally, pysically and emotionally exhausted I laid straight down and found myself crying myself to sleep. That was the worse day of my life. And I want the record to reflect I'm not a homosexual.

38) Later that night I woke up and wrote everything in a grievance. I still didn't hear anything of an ~~investigation for~~ the previous April, grievance so I attempted to send my grievance for copies first to the law library. Luckily the law library done their job and initiated a PREA investigation once they received my grievance.

39) June 18th, 2015 I was called out, interviewed and examined by an internal affairs officer, medical doctor and mental health professional (M.H.P.), all about the June 11th incident.

30) Def. Alley, the M.H.P. placed me on crisis watch status even though I told him I was okay to go back to my cell without harming myself or others. I was never offered any counseling or therapy for being raped.

31) I was only taken to a dirty empty cell where I was stripped of my clothes and left without any property, but a smock. I felt like I was being punished by a MHP for reporting on his fellow MHP, Def. McCormick. And I was unlawfully held on watch a week.

32) Once I was finally allowed back to my cell with my property, I filed my emergency grievance with Def. Pfister, who determined it non-emergency, July 2nd, 2015, and sent it to Def. Simpson.

33) July 8th, 2015, Def. Simpson returned my grievance, with a memorandum attached saying my issue was considered moot due to P.C.C. initiating PREA 6/18/15. When all the time, my grievance was for more than initiating a PREA. So I sent my grievance and Def. Simpson's response to the Administrative Review Board.

34) Not forgetting about my April 7th grievance, on August 7th, 2015, I sent Def. Simpson a letter requesting a status.

35) August 31st, 2015, I exposed my penis to a female staff, Ms. Elder, at health care unit (H.C.U.). That caused me to be kicked out of the H.C.U. without receiving my scheduled medical treatment, receive an additional year in seg, other loss of privileges and placed on 72 hour strip-out status. This wasn't the first time something like this happened due to my exhibitionist behavior.

36) Feeling mentally unstable, depressed, ashamed, anxious, and not knowing how to cope with my disposition I requested to speak to a crisis team member. Def. Alley came to my cell and I explained to him what I was going through and how I was feeling.

37) Def. Alley didn't provide me with any coping skills or counseling and told me he cant help me. He only told me I shouldn't have excused myself and he'll leave a note for Def. Molinero, my assigned M.H.P.

38) August 30th, 2015, I filed a grievance on what happened the previous day and how I've been suffering from, and continuously seeking help for, my apparent sexual disorder. I was asking for my mental problem to be recognized, classified and treated.

39) September 2nd, 2015, Def. Bayler responded to my grievance directing me to forward it to Def. Simpson. And Sept. 6th, 2015, I forwarded my grievance with proof/certificate of service attached, to Def. Simpson.

40) Also, August 31st, 2015, After 2 months of continuously request mental health counseling and therapy, to help me get through the traumatic aftermath and mental deterioration of being raped, and not receiving any help I filed a grievance about it. I asked to receive counseling and supportive services from Mental Health Department / S.H.P.

41) Sept. 2nd, 2015, Def. Bayler responded to that grievance directing me to forward it to Def. Simpson. And Sept. 6th, 2015, I also forwarded that grievance, with proof/certificate of service attached, to Def. Simpson.

42) Every grievance I sent Def. Simpson supposedly medical in nature, all, disappeared. I've wrote numerous letters inquiring about mentioned grievances. This led me to attach proof/certificate of service to everything I sent to Simpson. Def. Simpson seemed to be discarding my grievances, knowing I'll be directed to send them to her as part of an institutional conspiracy to cover up not providing adequate M.H. treatment.

43) January 8th, 2016, I filed a grievance about the mishandling of all of my M.H. grievances. I went through this whole grievance procedure, from Def. Bayler to Simpson to the A.R.B. And, no one actually addressed my issues.

44) So Jan. 27th, 2016, still feeling hopeless and depressed about my disposition and not receiving any help from M.H., I attempted suicide by setting myself on fire. I experienced a mental breakdown and was held on suicide watch for over a month, but aside from that I still didn't receive any treatment from M.H.P. while on suicide watch After attempting suicide.

45) March 24th, 2016, while recovering from my suicide attempt on my own, still hopelessly depressed about my disposition, I received a response from the A.R.B. informing me that my issue regarding my 6/17/15 grievances is resolved. Even though I still haven't received any follow up.

46) This hurt me even more knowing, not only am I not receiving any help dealing with being raped, but all the people involved with me being raped especially the culprit, Def. McCormick, has gotten away scott-free.

47) I was in the worse depressive state of my life, not receiving any help except medication, for 2 months until I exploded from holding so much in I not know how to deal with it all. I assaulted multiple staff accumulating more seg. time from June 3rd to June 6th, 2016.

48) June 7th, 2016, I was transferred to Menard Correctional Center (M.C.C.). Then, July 1st, 2016, I was transferred to State-ville Correctional Center (S.C.C.). And finally, October 25th, 2016, I was transferred back to Pontiac Correctional Center (P.C.C.).

49) My first day back at P.C.C., feeling anxiety and unstable not knowing how to cope with being transferred 3 times to 3 different prisons within 4 months and ending up back in the worse place of my life, I tried seeking help from Def. Molinero to help me cope. But she only ended our session denying me mental health treatment, claiming I became inappropriate.

50) I was sent to North Cell House (N.C.H.) 1 gallery, where the cell light stay on 24 hours a day, there's no electrical socket to use a fan or any electronics, no desk to eat or write on and its constantly loud and reeks of feces and pepper spray. Its known as the worse gal. to be house on in I.D.O.C. And its been deemed unfit to house mentally ill inmates for long duration of time.

50) Oct. 28th, 2016, Def. Sellers denied me yard/outside recreation. I was already feeling unstable from sleep deprivation, due to my housing. So I threatened him. The he used me threatening him as justification for denying me yard, even though he denied me yard before I reacted.

51) I spoke to Def. Tanoman about my yard and the whole incident and he went along with Def. Sellers denial.

52) I next spoke to Def. Duckworth, since I'm suppose to receive mandatory yard due to my mental illness, and she also went along with Def. Sellers denial. And Def. Duckworth was aware of my unstable mental state, but didn't provide me with any help.

53) Nov. 1st, 2016, I spoke with Def. Alley about my thoughts that the nurse is trying to kill me by poisoning my medication, the problems I still face from being raped by Def. McCormick, and how I'm being denied out-of-cell time by NCH administration. Def. Alley never followed up with any of this or even helped me to cope with this in any way.

54) Nov. 3rd, 2016, I wrote a letter to Def. Thomas about how I'm not receiving any out-of-cell, I'm having trouble coping here, after going from daily out-of-cell time and audio/visual my cell to now just sitting in my cell with nothing 24 hours a day, and how I need to talk to someone about this. I was a 2 page letter that never said or implied I wanted to hurt myself or others.

55) Nov. 4th, 2016, Def. Alley come to my cell to evaluate me for suicide potential. After the evaluation he told me he have good and bad news. The bad news is I have to go on crisis watch because Def. Thomas made the decision before he came over. But the good news is I only have to stay over night because I'm not suicidal or homicidal. This suicide evaluation was only a formality before being unlawfully punished.

56) I was placed and held on crisis watch, in a dirty cell, 5 days, with only a smock, blanket and mattress. I never received any counseling, therapy, or help while on watch. Def. Tinny, Duckworth and Nelson only came to my cell asking me how I'm doing. And I never gave them a justifiable reason to hold/keep me on watch. Being on watch only caused me mental anguish and made my situation worse like I've been punished.

57) Nov. 9th, 2016, I filed a grievance on not receiving any out-of-cell time. Due to my serious mental illness, I'm suppose to receive 8 hours out-of-cell time per week. Def. Tucker responded insufficiently, so I sent it to Def. Simpson and never received a response.

58) Nov. 10th, 2016, I filed a grievance to have my seg. time reviewed to be examined, or at least reduced by Pontiac's M.H.U., or to be sent to Pontiac's M.H. facility to receive proper treatment. I filed this grievance because inadequate M.H. treatment, I'm suppose to in NCH seg. Def. Tucker advised me to send it to Def. Simpson. I never received a response from Simpson.

59) Nov. 13th, 2016, I filed a grievance grieving the systematic denial of my yard. Def. Prentice, Corley, Miester and Lee all played a part in denying me yard. I requested to be relieved from this systematic denial of yard and be placed in Pontiac's M.H. facility to receive yard and treatment.

60) Nov. 16th, 2016, Def. Alley come to my cell about a note I sent to Def. Thomas about not receiving any out-of-cell time, yard or group. Def. Alley or Thomas did anything to address these issues or even help me cope with not receiving out-of-cell time.

61) Nov. 17th, 2016, an ofc. came to my cell and escorted me to a soothing room to talk to mental health. I believed I'd finally receive the counseling and/or therapy I've been requesting. But Def. Nelson came into the room and closed the door.

62) I immediately began feeling anxiety and told Def. Nelson, I think I cant do this. He told me it'll only take a second and began talking while moving closer to me. I ended up having a panic attack. M.H. never should've placed me in that situation knowing my situation.

63) Being taken thru this ordeal reopened old wounds. I began having nightmares whenever having the chance of sleep, waking up in cold sweats. I began reliving all the old hurt feelings. And this also caused me to start seeking help more feverishly, because I couldn't stand what I was going thru. I was writing request letters to everyone I know and stopping everyone I seen.

(10)

65) Nov. 21st, 2016, I talked to Def. Hinton and the federal monitor Dr. Steward about my situation. Nov. 22nd, 2016, I talked to Def. Merano about my situation. And Nov. 23rd, 2016, I talked to Psychiatrist Dr. Sangster.

66) This all led to, Nov. 30th, 2016, Def. Renzi brought my situation to the M.H. treatment team, But instead of Def. Renzi discussing how I need counseling to help me cope with being raped and I'm unable to be alone with white males because of being raped, Def. Renzi misconstrue everything and made my situation into discussing me being allowed to have a female therapist, again.

67) December 13th, 2016, Def. Renzi had me pulled out my cell for my first 1 on 1 session. During the session, Renzi continuously steered the conversation away from my rape trauma and she changed my diagnoses from seriously mentally ill to something lessor. I later found out this was done to only fabricate records to justify not treating my mental condition.

68) Dec. 29th, 2016, Def. Renzi was at my neighbor's cell front talking to him when I asked could I talked to her next. She told me no, she might have enough time, but she'll send someone to talk to me. 30 minutes later Def. Prentice came to my cell, with a couple of her goons ordering me to cut up to be placed on crisis watch. I refused, informing her that I never even spoke to M.H. for them to order.

69) Around 30 min later, the extraction team / orange crush came to my cell. I cuffed up for them, from fear of being pepper-sprayed and beaten. But after I cuffed up, orange-crush still rushed into my cell, slammed me face first to the floor and punched me in my face and head a few times. They stripped me naked and placed me on crisis watch.

70) I was held on crisis watch for 3 days. Those days, Def. Hinton only came to my cell asking how I was doing. I never gave her any reason to hold me on watch. Def. Hinton informed me that I was placed on watch because I was receiving weekly group therapy and monthly 1 on 1 therapy and has requested crisis a number of times in the past week. Which was a lie.

71) I never received any counseling, therapy or help while on watch. I only received more pain and suffering. This was my 3rd time being placed on crisis watch unjustifiably, unlawfully. Now constantly being punished by M.H. has traumatized me from seeking help again.

72) Feb. 1st, 2017, 47 days after being release from crisis watch, still never receiving any group therapy, 1 on 1 therapy, routinely denied yard, little to no out-of-cell time and still held in a cell with no electrical socket, light can't turn off, on the worst gallery in I.D.O.C. with my mental state steadily deteriorating, under these conditions, I declared a hunger-strike.

73) I notified everyone who held authority over me that I was on hunger-strike and would continue until I'm admitted into a mental health residential treatment unit where I'd receive adequate mental health treatment while in seg. or in the alternative release me from segregation and restore all my privileges, where I'll receive ~~and so~~ adequate mental health treatment.

74) I continued my hunger-strike 20 days, refusing 57 consecutive meals, suffering thru hunger/stomach pains, light-headedness, dizzy spells, hot flashes, insomnia, hopelessness, everything. I wasn't allowed any out-of-cell, except trips to see medical for hunger-strike exames. And I never received any counseling or therapy. After losing 25 lb I couldn't take it anymore and gave up.

75) Also, Feb. 2nd, 2016, I wrote Def. Simpson about all this grievance I sent her that she haven't yet responded to. Simpson responded that she don't have any of them, Which I should've expected giving the history of grievance mishandling.

76) March 9th, 2016, I filed an emergency grievance to be moved out my current cell, 145, because there's no cold water, this light want turn off as well as all the other previous things mention about these cells on 1 gal. is aggravating my M.H. and causing me irrepareable harm. Def. Melvin responded determining it's not an emergency, on 3/15/17. And Def. Simpson said its "Admin Policy", 3/16/17.

# CLAIMS FOR RELIEF : 1st Amendment Violation - Retaliation

77) Def. Alley violated my 1st Amendment right to be free from retaliation, as described in paragraphs 30 and 31, when he unjustifiably and unlawfully ordered me place on crisis watch for reporting his coworker, Def. McCormick, raped me. Def. Alley's adverse action was not done in a good faith effort to help me but was maliciously done in direct relations to my protected conduct.

## I. 8th Amendment Violations - A. Failure to Protect

78) Def. Pfister, Simpson and Simmons violated my 8th Amendment right failing to protect me from being physically and sexually assaulted by Def. McCormick, as described in paragraphs 1a thru 1b; when they failed to follow procedure and protocol by initiating/activating an investigation, as required under the Prison Rape Elimination Act (PREA), a federal law and mandate enacted in 2003, after they received my grievance, dated April 7th, 2015.

## B. Physical Assault

79) Def. McCormick violated my 8th Amendment right to be free from cruel and unusual punishment, as described in paragraph 22, when he hit me with an open hand across my face.

## C. Sexual Assault (Rape)

80) Def. McCormick violated my 8th Amendment right to be free from cruel and unusual punishment, as described in paragraphs 23 through 25, when he performed oral sex on me against my will.

## D. Inadequate Mental Health Treatment

81) Def. Hinton, McCormick, Morano, Renzi, Alley, Molinero, Duckworth, Thomas, Flagg and Nelson violated my 8th Amendment right to receive adequate mental health treatment, as described throughout this complaint, under the genuine continuing violation doctrine, by not providing me adequate M.H.T. Relevant to this complaint, Def. Hinton, Morano, Renzi and Thomas all held supervisory positions where through their positions they were responsible for guaranteeing my treatment. While at the same time, I communicated and made all of these defendants aware of my situation verbally and thru written letters, and all of them acknowledged my situation but failed to provide adequate treatment.

## E. Conditions of Confinement

82) Def. Prentice, Tangman, Corley, Miester, Lee, Sellers and Melvin violated my 8th Amendment right to decent conditions of confinement, as described in paragraphs 50 through 76, under the cumulative-violation doctrine by subjecting me to unconstitutional conditions of confinement. Relevant to this complaint, Def. Melvin, Prentice, Tangman, Corley and Miester all held supervisory positions where thru their positions they were responsible for guaranteeing my conditions of confinement. While at the same time, all these defendants of me being mentally ill, they were aware of me supposed to be receiving at least 8 hours out-of-cell time per week, that my being held alone in a cell with no audio/visual for 24 hours most days a week, that the housing me on 1 gal. N.C.H. is inadequate to help my mental illness and there's no desk, electrical socket, poor ventilation, the light wont turn off and I have no cold water in my cell. All Def. are aware and acknowledge I've been under these conditions the last 5 months but haven't done anything to change / fix them.

## II. 14th Amendment Violation - Inadequate Grievance System

83) Def. Melvin, Pfister, Simpson, Simmons, Baylier and Tucker violated my 14th Amendment depriving me of basic necessities of life without due process, as described throughout this complaint, under the genuine continuing violation doctrine, by them inadequate grievance system

(12)

My only way of receiving the basic necessities of life I'm denied is through the grievance system. These defendants who's apart of the grievance system denied me due process when they continuously fail to properly investigate, down-play, systematically give me the run-around and discard my grievances.

## IV. Tort Claims Act - A. Assault

84) Def. McCormick actions described in paragraph 22 constitutes the tort of Assault under the law of Illinois.

### B. Battery

85) Def. McCormick actions described in paragraph 22 constitutes the tort of battery under the law of Illinois.

### C. Intentional Infliction of Emotional Distress (I.I.E.D.)

86) Def. Afiser, Simmons, Simpson and McCormick actions, and inactions, described in paragraphs 12 through 26 constitutes the tort of I.I.E.D. under the law of Illinois.

### D. False Imprisonment

87) Def. Alley, Thomas and Renzi Actions described in paragraphs 30, 56, 57, 68 and 69 constitute the tort of false imprisonment under the law of Illinois.

13

## RELIEF REQUESTED

(State exactly what relief you want from the court.)

A.) Issue a declaratory judgment stating:

1) Housing and holding Plaintiff, a mentally ill inmate, in a segregation housing unit in a cell with no audio/visual stimulation, not receiving regular therapy sessions, and restricting him to his cell 24 hours a day, most days a week violates 8th Amendment to the U.S. Constitution.

B.) Issue an injunction ordering Defendants, or their agents to:

1) Release the Plaintiff from Pontiac's Segregation housing unit and never house or hold Plaintiff in a segregated housing unit without audio/visual stimulation, regular therapy sessions, and/or restricting him to his cell 24 hours a day, most days a week for more than 60 days.

C.) Award Compensatory damages in the following amounts:

1) $50,000 jointly and severally against Def. McCormick, Pfister, Simpson and Simmons, for the psychological, emotional and physical injuries sustained as a result of the failure to protect from, and the actual, physical and sexual assaults Plaintiff suffered.

2) $30,000 jointly and severally against Def. Alley, Duckworth, Hano, Hinton, Molinera, Morano, Nelson, Renzi and Thomas, for the psychological and emotional injuries, and injuries to Plaintiff's quality of life, resulting from Plaintiff not receiving adequate mental health treatment.

**JURY DEMAND**        Yes ☒     No ☐

Signed this ___20th___ day of ___March, 2017___,

_____.

(_Signature of Plaintiff_)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Ralph Kings (Vincent Hudson) | M02363 |
| **Address:** | **Telephone Number:** |
| Pontiac C.C., P.O. Box 99 | |

(14)

3.) $20,000 jointly and severally against Def. Melvin, Prentice, Corley, Tanaman, Mester, Lee and Sellers for the psychological and emotional injuries, and injuries to Plaintiff's quality of life, resulting from Plaintiff's unconstitutional conditions of confinement, cumulatively.

4.) $20,000 jointly and severally against Def. Melvin, Pfister, Simpson, Simmons, Baylor and Tucker for the psychological and emotional injuries, and injuries to Plaintiff's quality of life, resulting from Plaintiff's denial of due process by means of an inadequate grievance system.

D.) Award punitive damages in the following amounts:

$10,000 each against all Defendants.

E.) Grant such other reliefs as it may appear that the Plaintiff is entitled.

**OFFENDER'S GRIEVANCE**

| Date: 1/8/16 | Offender: (Please Print) Ralph Kinns | ID#: M02363 |
|---|---|---|

Present Facility: Pontiac C.C.

Facility where grievance issue occurred: Pontiac C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Grievance Mishandling

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am grieving Pontiac C.C. staff continuous mishandling of my grievances. I believe the Grievance Officers pick's and choose which grievances to respond to and which to discard in order to aid, abet and/or cover-up for their co-workers/friend. I don't have enough proof to back my belief at this time, though. So, with the evidence I have all I can do is prove there is some type of conspiracy going on in which my grievances are being mishandled. And I want justice no matter who the culprits are.

Here's a history of a half dozen documents (included) I sent to the grievance office pertaining to 3 of my mishandled grievances.

Relief Requested: For everything herein to be investigated, three included, mishandled grievances to be properly considered and handled according to how they was suppose to been before the mishandling. And culprits involved to be disciplined.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Ralph Kinns | M02363 | 1, 8, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

*Pontiac C.C.* (handwritten in right margin)

---

**Counselor's Response (if applicable)**

Date Received: 1 / 19 / 16   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Grievance Officer contacted. Stated they have no record of receiving the 4/7/15 grievance. 6/17/15 grievance, PREA had already been initiated prior to grievance filing so grievance was returned due to the issue being previously addressed. 8/11/15 and 8/30/15 grievances also would have been returned to issue having been previously addressed.

| T. Saylor | [Signature] | 1 / 28 / 16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

MAR 0 9 2016

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   _____ / _____ / _____
Chief Administrative Officer's Signature            Date

1.) Sometime in late May of 2015, I sent a grievance to the grievance office grieving Dr. Mc Cormick trying to force me into a homosexual activity. After around 2 months of not hearing a response for the grievance, I wrote the grievance office inquiring about said grievance. And I was told the grievance office never received it. (see Exhibits I + II)

2.) Due to the above mentioned, April 7th 2015, grievance being mishandle and not investigated, June 17th 2015, I was placed back alone with Dr. Mc Cormick and he raped me. A PREA was done on me, which is why I believe this grievance was discarded. (see Exhibits III-A + III-B)

3.) In September of 2015, I sent a grievance to the grievance office, grieving how I never received any medical/mental follow-up treatment in accordance with the PREA that was done on me in June. And I also attached a Proof/Certificate of Service with it because my last grievance was mishandled. (see Exhibits IV-A + IV-B)

4.) Also, in September of 2015, I sent a grievance to the grievance office, grieving the Mental Health Department not recognizing, classifying or treating my mental illness. And I attached a Proof/Certificate of Service with it. (see Exhibits V-A + V-B)

5.) After not hearing anything about the 2 grievances I sent to the grievance office in September, in over 60 days, November 23rd, 2015, I sent letters to the grievance office inquiring about the status of the grievances. And I attached Proof/Certificate of Services with them. (see Exhibits VI-A + VI-B)

6.) Finally, as of now, I still havent received a response from the grievance office for my grievances (dated April 7th 2015; August 21st, 2015; and August 30th 2015). Or I havent received a response from the grievance office for niether of my November 23rd, 2015, letters.