042481/19344/JNR/PEH

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| RALPH KINGS a/k/a VINCENT E. HUDSON,<br><br>        Plaintiff,<br><br>v.<br><br>MCCORMICK, M. HINTON, DR. MORANO, B. THOMAS, K. RENZI, W. ALLEY, S. MOLINERO, L. DUCKWORTH, K. HAAG, T. NELSON, R. PFISTER, S. SIMPSON, J. SIMMONS, T. BAYLOR, L. TUCKER, S. PRENTICE, A. CORLEV, G. TANGMAN, W. LEE, R. MIESTER, M. SELLERS, and M. MELVIN,<br><br>        Defendants. | No. 17-cv-1128<br><br>Judge Sara Darrow |

## ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, DR. SCOTT MCCORMICK, by his attorneys, CASSIDAY SCHADE LLP, and pursuant to Local Rule 16.3(E)(2) and the Court's May 10, 2017, Order, hereby submits his Answer and Affirmative Defenses to Plaintiff's Complaint, stating as follows:

1.    Defendant admits that jurisdiction and venue are proper in the Central District of Illinois.

2.    Defendant admits he acted under color of law at all times relevant.

3.    Defendant admits that he provided mental health treatment to Plaintiff at Pontiac Correctional Center as a treating psychiatrist.

4.    Defendant denies making sexually suggestive comments to Plaintiff.

5.    Defendant denies engaging in sexual conduct with Plaintiff.

6. Defendant denies depriving Plaintiff of liberty without due process of law.

7. Defendant denies violating Plaintiff due process rights as guaranteed by the Fourteenth Amendment to the United States Constitution.

8. Defendant denies that Plaintiff is entitled to any relief whatsoever.

9. Defendant denies that Plaintiff's claims are meritorious.

**DEFENDANT DEMANDS TRIAL BY JURY**

## AFFIRMATIVE DEFENSES

1. To the extent Plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by Section 1997e(a) of the Prison Litigation Reform Act.

2. To the extent Plaintiff's claims for relief accrued more than two years prior to initiation of this case, they are barred by the applicable statute of limitations.

**DEFENDANT DEMANDS TRIAL BY JURY AS TO HIS AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, Defendant respectfully requests this Honorable Court deny Plaintiff any relief in this matter and grant Defendant judgment as to all matters and any other relief deemed appropriate, including cost of suit and attorneys' fees due this action being frivolous, unreasonable, and brought in bad faith.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joseph N. Rupcich
   Attorneys for Defendant, DR. SCOTT MCCORMICK

Joseph N. Rupcich  
ARDC No. 6283899  
CASSIDAY SCHADE LLP  
111 North Sixth Street, 2nd Floor  
Springfield, IL 62701  
(217) 572-1714  
(217) 572-1613 (Fax)  
jrupcich@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14 2017, I electronically filed the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

and I hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on July 14, 2017. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Ralph Kings
IDOC #M02363
Pontiac Correctional Center
Inmate Mail/Parcels
P.O. Box 99
Pontiac IL 61764
(815) 842-2816

/s/ Joseph N. Rupcich

8580900 JRUPCICH;SPRESSLE