UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RALPH KINGS A/K/A VINCENT E. HUDSON, | ) ) ) |
| Plaintiff, | ) |
| | )   17-1128 |
| v. | ) ) |
| SCOTT MCCORMICK, *et al.* | ) ) |
| Defendants. | |

## ORDER

Plaintiff, proceeding pro se and presently incarcerated at Pontiac Correctional Center brought the present lawsuit pursuant to 42 U.S.C. § 1983 alleging constitutional violations of his right to bodily integrity. The matter comes before this Court for ruling on the Defendant McCormick's Motion to Change Venue (Doc. 40) and Motion to Continue Pretrial and Trial Dates (Doc. 42).

### Motion to Change Venue

28 U.S.C. § 1404 provides that "[u]pon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district." *Id.* § 1404(b). In ruling upon a motion to change venue, "courts generally consider the availability of and access to witnesses, and each party's access to and distance from resources in each forum." *Research Automation, Inc. v. Schrader-Bridgeport Intern., Inc.*, 626 F.3d 973, 978 (7th Cir. 2010).

The jury trial in this case is set to proceed at the U.S. Courthouse located in Rock Island, Illinois, where this Court presides. Defendant McCormick requests that the Court conduct the

trial at the U.S. Courthouse located in Peoria, Illinois, arguing that Peoria is more convenient for the parties and witnesses.

According to Defendant, the incremental costs of conducting the trial in Rock Island, as opposed to Peoria, are as follows: (1) Defendant McCormick would have to travel an additional 100 miles each way from his residence to attend trial; and, (2) the Illinois Department of Corrections (IDOC) would have to transport Plaintiff an additional 70 miles each way from his place of incarceration at Pontiac Correctional Center.  Defendant also states that the alleged events occurred, and all the witnesses reside, in the Peoria Division.

As to the witnesses, the Court stated in its Order Setting a Trial Date that witnesses employed by, or incarcerated within, IDOC may appear by video.  *See* (Doc. 34 at 2).  Thus, moving the trial will have no significant effect on the costs incurred to present their testimony, nor will it affect the parties' access to witnesses for purposes of trial preparation.  Defendant also has not presented any cost estimates or other information to show that traveling an additional 200 miles roundtrip would be unduly burdensome.  IDOC is not a party in this action, and given that Plaintiff could presumably be transferred at any time, there is no guarantee that Peoria will remain the most convenient forum (in regards to travel distance) as far as Plaintiff is concerned. In addition, moving the trial to Peoria will require another judge to permit use of his courtroom to the detriment of those litigants on his docket, and also require court staff in both Rock Island and Peoria to incur additional work to facilitate the trial.  *See id.* (considering the effect a transfer of venue would have on the efficient administration of the court system).

For these reasons, Defendant's motion is denied.

### Motion to Continue

In light of the settlement conference scheduled to occur on October 31, 2018, Defendant's Motion to Continue Pretrial and Trial Dates is granted. New dates are set forth below.

**IT IS THEREFORE ORDERED:**

1) **Defendant's Motion to Change Venue [40] is DENIED.**

2) **Defendant's Motion to Continue [42] is GRANTED. The Court vacated the previously scheduled final pretrial conference in its Text Order entered September 7, 2018. The jury trial scheduled to begin November 5, 2018 is VACATED. Any writs previously issued for the jury trial ONLY are RECALLED.**

3) **A final pretrial conference is scheduled for April 5, 2019, at 10:00 a.m. The Plaintiff shall appear via video conference and the Defendants' attorney(s) shall appear in person before the court sitting in Rock Island, Illinois. The Clerk is directed to issue the appropriate writ for the Plaintiff's participation in the conference.**

4) **Jury Trial is scheduled for May 20, 2019, at 9:00 a.m. at the U.S. Courthouse in Rock Island, Illinois. No writs to issue at this time.**

Entered this 2nd day of October, 2018.

*s/Sara Darrow*
SARA DARROW
UNITED STATES DISTRICT JUDGE