[UNITED STATES DISTRICT COURT]
[CENTRAL DISTRICT OF ILLINOIS]

Kings v. McCormick et al., 17-cv-01128

## MOTION TO DISMISS

Now Comes, Ralph Kings, pro se Plaintiff moving to vol dismiss this action with prejudice and pray that this honorable follow through with dismissing this action.

Dated: 11/4/18

/s/ Ralph Kings

Ralph Kings #MC
Pontiac C.C.
P.O. Box 99
Pontiac, IL. 6176

SCANNED at PCC and E-Mailed
11/5/18 (date) by HZ (initials)
1 (# of pages)