# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Ralph Kings, *also known as* Vincent E. Hudson )
Plaintiff )
        vs. )   Case Number: 1:17-cv-1128
)
Scott McCormick, M. Hinton, Dr. Morano, )
B. Thomas, K. Renzi, W. Alley, S. Molinero, )
L. Duckworth, K. Haag, T. Nelson, R. Pfister, )
S. Simpson, J. Simmons, T. Baylor, L. Tucker, )
S. Prentice, A. Corlev, G. Tangman, W. Lee, )
R. Miester, M. Sellers, M. Melvin )
Defendants )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this case is dismissed with prejudice.

**Dated:** 11/8/2018

                                              s/ Shig Yasunaga
                                              Shig Yasunaga
                                              Clerk, U.S. District Court